STATE v. BEALE

No. 59P99

Case below: 132 N.C.App. 132

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 April 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.

STATE v. BECK

No. 60P99

Case below: 131 N.C.App. 879

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.

STATE v. BOYD

No. 177A83-3

Case below: Surry County Superior Court

Motion by defendant (Boyd) for temporary stay of Warden's order scheduling execution allowed 8 April 1999.

STATE v. BUCK

No. 525P98

Case below: 131 N.C. App. 336

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 8 April 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.

STATE v. COZART

No. 508P98

Case below: 131 N.C. App. 199

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.